UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Plaintiff, Angie A Hickman
-v- Smith

Defendant.
Commissioner of
Social Security
------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 cv 03985 (GBD)(RLE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)
\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____
\_\_\_ Habeas Corpus
✓ Social Security
\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions: \_\_\_\_\_

---

* Do not check if already referred for general pretrial.

Dated ~~APR 0 4 2008~~

SO ORDERED:

*George B. Daniels*

United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 4 2008