```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGIE HICKMAN-SMITH,

                        Plaintiff,

         - against -

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

**ORDER**

07 Civ. 3985 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following the Parties' correspondence with the Court,

**IT IS HERE BY ORDERED THAT**

(1)    Defendant file any motion by **June 23, 2008**;

(2)    Plaintiff file her motion in opposition by **July 14, 2008**; and

(3)    Defendant submit a reply, if any, by **July 21, 2008**.

**SO ORDERED this 30th day of May 2008**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge